FRANK POLIZZI *v.* TOWN OF ORANGE ET AL.
(8355)

DUPONT, C. J., DALY and NORCOTT, Js.

Argued April 4—decision released April 11, 1990

*Kevin J. Maher,* with whom, on the brief, was *Colette Mauborgne,* for the appellants (defendants).

*Lindalea P. Ludwick,* for the appellee (plaintiff).

PER CURIAM. There is no error.